# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**LAVAN YANKTON, SR.**                                                                   **PLAINTIFF**

**V.**                                                          **NO. 4:14-CV-00034-DMB-SAA**

**CHRISTOPHER EPPS, ET AL.**                                           **DEFENDANTS**

## ORDER DENYING PLAINTIFF'S MOTION [46] FOR ELECTRONIC DOCUMENTS

This matter comes before the Court on the motion by the *pro se* prisoner plaintiff for the Court to provide him with copies of electronic documents. Though it is not clear which documents Plaintiff seeks, it appears that he seeks a transcript of the *Spears* hearing, as that is the only live proceeding in the case. Under 28 U.S.C. § 1915(c), which governs *in forma pauperis* proceeding such as this one, "the court may direct payment by the United States of the expenses of … preparing a transcript of proceedings before a United States magistrate judge … if such transcript is required by the district court." In this case, the District Court has not required the recording of any proceeding to be transcribed. In addition, Plaintiff himself attended the only hearing in this case (the *Spears* hearing) and thus knows what transpired there. For these reasons, Plaintiff's request for a transcript of electronic documents at government expense is **DENIED**.

**SO ORDERED**, this the 8th day of October, 2014.

                                                             **/s/ Debra M. Brown**
                                                             **UNITED STATES DISTRICT JUDGE**